**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TM Technologies Incorporated, | No. CV-18-00286-TUC-DCB |
| Plaintiff, | **AMENDED[1] ORDER** |
| v. | |
| Hand Technologies Incorporated, et al., | |
| Defendants. | |

The parties having entered into a stipulation concerning Plaintiff's Motion for Preliminary Injunction,

**Accordingly,**

**IT IS ORDERED** that, that pursuant to the Stipulation (Doc. 73), the Motion for Preliminary Injunction (Doc. 2) is DENIED AS MOOT and the preliminary injunction evidentiary hearing scheduled for September 17, 2019, is VACATED.

**IT IS FURTHER ORDERED** that the Court shall rule on the briefs to resolve the pending Motion to Dismiss Counterclaims.

**IT IS FURTHER ORDERED** that the Counter Claimant, Hand Technologies Inc., shall show good cause why Counter Defendants TerraNova Capital Partners Inc. and TerraNova Capital Equites Inc. should not be dismissed for lack of service. Fed. R. Civ. P. 4(m).

///

---

[1] Corrected to moot Motion for Preliminary Injunction.

1. / / /

2. **IT IS FURTHER ORDERED** that a Scheduling Conference shall be set simultaneously with the issuance of this Order. Fed. R. Civ. P. 16(b)(2).

Dated this 27th day of September, 2019.

_____
Honorable David C. Bury
United States District Judge