**WO**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TM Technologies Incorporated, | No. CV-18-00286-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Hand Technologies Incorporated, et al., | |
| Defendants. | |

The Court finds good cause to refer this matter to a settlement conference.

**Accordingly**,

**IT IS ORDERED** that this matter is set for a SETTLEMENT CONFERENCE before the Honorable Bruce G. Macdonald on Wednesday, November 6, 2019, at 10:00 a.m.

**IT IS FURTHER ORDERED** that the parties shall personally attend the settlement conference or have a representative, having settlement authority present for purposes of the settlement conference.

**IT IS FURTHER ORDERED** that all further directives related to the settlement conference shall be provided by the Magistrate Judge.

/ / /

/ / /

/ / /

1      **IT IS FURTHER ORDERED** that the Rule 16 case management scheduling

2 conference set on October 17, 2019, SHALL BE VACATED.

3      Dated this 3rd day of October, 2019.

4

5

6

7                  Honorable David C. Bury

8                  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28