1  James S. O'Brien, Jr. (NY Bar No. 2104602) (admitted *pro hac vice*)
2  Daniel V. Derby (NY Bar No. 5091541) (admitted *pro hac vice*)
   **PRYOR CASHMAN LLP**
3  7 Times Square
   New York, NY 10036
4  Telephone: (212) 421-4100
   Facsimile: (212) 326-0806
5  jobrien@pryorcashman.com
   dderby@pryorcashman.com

6
   THE LAW FIRM OF
7  **HEURLIN SHERLOCK**
8  1636 N. SWAN ROAD, STE. 200
   TUCSON, ARIZONA 85712-4096
9  TEL 520.319.1200
   FAX 520.319.1221
10 Kevin M. Sherlock, SBN 017489, KSherlock@AZtopLawyers.com

11 Attorneys for Plaintiff
12 TM Technologies, Inc.

13
14              **IN THE UNITED STATES DISTRICT COURT**
15                  **FOR THE DISTRICT OF ARIZONA**
16

| TM Technologies, Inc., | ) | |
|---|---|---|
| | ) | **CASE NO. CV-18-00286-TUC-DCB** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **DECLARATION OF** |
| | ) | **JAMES S. O'BRIEN, JR.** |
| Hand Technologies, Inc., et al., | ) | |
| Defendants. | ) | |

- 1 -

JAMES S. O'BRIEN, Jr., under the penalties of perjury, states as follows:

1. I am a member of Pryor Cashman LLP, attorneys for plaintiff TM Technologies, Inc. (the "Company" or "Plaintiff").

2. I submit this declaration in support of the Company's motion to dismiss Counts IV, VI, and X of Defendants' Second Amended Counterclaims.

3. Annexed as **Exhibit A** is a true and correct copy of the October 17, 2019 email from the Company's counsel to Defendants' counsel, notifying Defendants of certain deficiencies in their Second Amended Counterclaims, in compliance with District of Arizona Local Rule 12.1(c).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 23, 2019

_____
JAMES S. O'BRIEN, JR.