# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TM Technologies Incorporated,<br>    Plaintiff,<br>v.<br>Hand Technologies Incorporated, *et al.*,<br>    Defendants. | No. CV-18-0286-TUC-DCB<br><br>**ORDER** |

The Court has been informed that a party is unavailable for the upcoming settlement conference. Accordingly, IT IS HEREBY ORDERED that the SETTLEMENT CONFERENCE currently set for **November 6, 2019** is VACATED.

IT IS FURTHER ORDERED that the SETTLEMENT CONFERENCE shall be RESET for **9:30 a.m., Thursday, February 6, 2020** before the Honorable Bruce G. Macdonald. The parties shall meet at the Evo A. DeConcini United States Courthouse, Courtroom 3C. If the parties have any questions or concerns prior to the conference, please contact my law clerk, Marcia Delanty, at (520) 205-4520.

Dated this 30th day of October, 2019.

_____
Honorable Bruce G. Macdonald
United States Magistrate Judge