**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TM Technologies Incorporated, | No. CV-18-00286-TUC-DCB |
| Plaintiff, | **ORDER SETTING RULE 16 CASE MANAGEMENT SCHEDULING CONFERENCE** |
| v. | |
| Hand Technologies Incorporated, et al., | |
| Defendants. | |

**IT IS ORDERED** that, pursuant to Rule 16, Federal Rules of Civil Procedure, the Pretrial Scheduling Conference, originally set for October 17, 2019, is reset for **Thursday, January 9, 2020 at 10:00 a.m.** The conference will be held telephonically with the Judge's law clerk, Greer Barkley. Plaintiffs' counsel shall initiate the conference call with all appropriate parties on the line to (520) 205-4560. Counsel shall refer to the prior Order of this Court and comply with all directives therein, including at least one of the attorneys for each party attending the conference shall have authority to enter into stipulations and make admissions regarding all matters which may be discussed. (Order (Doc. 75)).

**IT IS FURTHER ORDERED** that prior to the Scheduling Conference, the **Counter Claimant shall file with the Court a written showing of good cause why Counter Defendants TerraNova Capital Partners Incorporated and TerraNova**

*/////*
*/////*

1 | **Capital Equities Inc. should not be dismissed for lack of service.** In the event, no such showing is made, Counter Defendants, the TerraNovas shall be dismissed, pursuant to Fed. R. Civ. P. 4(m).

Dated this 18th day of November, 2019.

_____
Honorable David C. Bury
United States District Judge