James S. O'Brien, Jr. (NY Bar No. 2104602) (admitted *pro hac vice*)
Daniel V. Derby (NY Bar No. 5091541) (admitted *pro hac vice*)
**PRYOR CASHMAN LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
jobrien@pryorcashman.com
dderby@pryorcashman.com

THE LAW FIRM OF
**HEURLIN SHERLOCK**
7320 N LA CHOLLA BLVD STE 154 #535
TUCSON, ARIZONA 85741
TEL 520.319.1200
Kevin M. Sherlock, SBN 017489, KSherlock@AZtopLawyers.com

Attorneys for Plaintiff
TM Technologies, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TM Technologies, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Hand Technologies, Inc., et al., <br><br> Defendants. | **No. 4:18-CV-286-TUC-DCB** <br><br> **NOTICE OF SERVICE OF PLAINTIFF'S REQUEST FOR PRODUCTION AND INTERROGATORES TO DEFENDANTS** |

1  Plaintiff TM Technologies, Inc., by and through its undersigned counsel, hereby
2  gives notice that on March 11, 2020, it served Plaintiff's First Request For Production
3  Of Documents and First Set Of Interrogatories To Defendants upon counsel for
4  defendants Hand Technologies, Inc., and the Estate of Rex Alan Hand, by electronic
5  mail and regular mail.

Dated:   New York, New York
         March 11, 2020

                              PRYOR CASHMAN LLP

                              By: *s/ Daniel V. Derby*
                                   James S. O'Brien, Jr. (admitted *pro hac vice*)
                                   Daniel V. Derby (admitted *pro hac vice*)
                              7 Times Square
                              New York, New York 10036-6569
                              Telephone: (212) 421-4100
                              Facsimile: (212) 326-0806
                              jobrien@pryorcashman.com
                              dderby@pryorcashman.com

                              THE LAW FIRM OF
                              **HEURLIN SHERLOCK**
                              7320 N LA CHOLLA BLVD STE 154 #535
                              TUCSON, ARIZONA 85741
                              TEL 520.319.1200
                              Kevin M. Sherlock, SBN 017489,
                              KSherlock@AZtopLawyers.com

                              *Attorneys for Plaintiff TM Technologies, Inc.*

**CERTIFICATE OF SERVICE**

I, Daniel V. Derby, certify that on March 11, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

*s/ Daniel V. Derby*
Daniel V. Derby