**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TM Technologies Incorporated, | No. CV-18-00286-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Hand Technologies Incorporated, et al., | |
| Defendants. | |

Having considered the Joint Motion for an Extension of Discovery and because settlement discussions are actively proceeding in front of the Magistrate Judge Macdonald,

**Accordingly,**

**IT IS ORDERED** that the Motion for Extension of Discovery (Doc. 110) is GRANTED.

**IT IS FURTHER ORDERED** that the case management deadlines are extended by six weeks as follows; 1) discovery deadline to November 2, 2020; dispositive motions due by December 1, 2020, and the Pretrial Order due date is January 4, 2021.

Dated this 3rd day of June, 2020.

Honorable David C. Bury
United States District Judge