**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TM Technologies Incorporated, | No. CV-18-00286-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Hand Technologies Incorporated, et al., | |
| Defendants. | |

Pursuant to the Stipulation of Dismissal With Prejudice (Doc. 133) filed on March 5, 2021, the Court GRANTS the stipulation to dismiss this action with prejudice as to all claims and counterclaims, with each party to bear its own costs and attorneys' fees.

Dated this 12th day of March, 2021.

Honorable David C. Bury
United States District Judge